# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOEL A. JOHNSON & JILL L. JOHNSON  
528 N. LOVES ROAD  
CORTLAND, IL  60112  

SSN-xxx-xx-6140 & xxx-xx-1426

Case Number: 08-70492

Case filed on: 2/22/2008  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,463.56       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BRIAN A. HART | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| 013 | DENNIS COLLINS D.D.S | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | LAW OFFICES OF IRA NEVEL | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | FORD MOTOR CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 998 | JOEL A. JOHNSON | 0.00 | 0.00 | 701.56 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 701.56 | 0.00 |
| 001 | DEKALB COUNTY COLLECTOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | NATIONAL AUTO FINANCE COMPANY | 16,862.40 | 16,862.40 | 338.57 | 360.19 |
| 003 | SAXON MORTGAGE SERVICES INC | 14,106.84 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 30,969.24 | 16,862.40 | 338.57 | 360.19 |
| 004 | ACCESS PROCESSING | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AMERICAN GENERAL FINANCE | 4,658.02 | 4,658.02 | 0.00 | 0.00 |
| 006 | ASSET ACCEPTANCE CORP | 274.34 | 274.34 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 13,419.04 | 13,419.04 | 0.00 | 0.00 |
| 008 | BETTY RUNGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 1,774.59 | 1,774.59 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 1,026.25 | 1,026.25 | 0.00 | 0.00 |
| 011 | CLEAR DEBT RESULTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CORPORATE AMERICA CREDIT UNION | 1,479.16 | 1,479.16 | 0.00 | 0.00 |
| 014 | ELITE FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | FFCC COLUMBUS, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | JEFFERSON CAPITAL SYSTEMS, LLC | 716.96 | 716.96 | 0.00 | 0.00 |
| 017 | FIRST NATIONAL CREDIT CARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | PREMIER BANKCARD/CHARTER | 510.89 | 510.89 | 0.00 | 0.00 |
| 019 | GASTROINTESTINAL HEALTH ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | HSBC BANK N/A | 1,054.94 | 1,054.94 | 0.00 | 0.00 |
| 021 | HOUSEHOLD BANK MASTERCARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | HSBC BANK N/A | 809.80 | 809.80 | 0.00 | 0.00 |
| 023 | HSBC AUTO FINANCE | 9,988.82 | 9,988.82 | 0.00 | 0.00 |
| 024 | IMAGINE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | KISHWAUKEE MEDICAL ASSOCIATES LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | MAGNUM CASH ADVANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | MERCHANTS CREDIT GUIDE CO | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | NORMAN G. KALINA, ESQ. | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | NORTHWAY FINANCIAL CORORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | PD RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | PRAIRIE HEALTH CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | PROFESSIONAL RECOVERY SYSTEMS, LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | RMCB COLLECTION AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | ROCKFORD MERCANTILE AGENCY INC | 113.27 | 113.27 | 0.00 | 0.00 |
| 036 | RRCA ACCOUNTS MANAGEMENT, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | WASTE MANAGEMENT - RMC | 55.49 | 55.49 | 0.00 | 0.00 |
| 038 | WESTBURY VENTURES | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | WOLPOFF & ABRAMSON LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| 040 | ZURICH VENTURES | 0.00 | 0.00 | 0.00 | 0.00 |
| 042 | CORPORATE AMERICA CREDIT UNION | 1,088.66 | 1,088.66 | 0.00 | 0.00 |
| 043 | ROUNDUP FUNDING LLC | 1,678.28 | 1,678.28 | 0.00 | 0.00 |
|  | Total Unsecured | 38,648.51 | 38,648.51 | 0.00 | 0.00 |
|  | Grand Total: | 73,117.75 | 59,010.91 | 1,040.13 | 360.19 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $1,400.32 |
| Trustee Allowance: | $63.24 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008          By  /s/Heather M. Fagan